UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **FREDERICK MORGAN #87648** | **CIVIL ACTION NO. 24-cv-676 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEVE PRATOR ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiff Frederick Morgan against Sheriff Steve Prator are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted.

**MONROE, LOUISIANA**, this the 27th day of November 2024.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**