# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **FREDERICK MORGAN #87648** | **CIVIL ACTION NO. 24-0676 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEVE PRATOR ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 24] previously filed herein, having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 19] is **GRANTED** and that Plaintiff's claims against Stephen Ashcraft, Justin Dunn, and K. Harris for defamation or injury to reputation brought pursuant to 42 U.S.C. § 1983 are **DISMISSED** for failure to state a claim on which relief may be granted.

**MONROE, LOUISIANA**, this the 23rd day of April 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**